■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN BAXTER, Appellant. [653 NYS2d 464] —Judgment unanimously affirmed. Memorandum: We reserved decision and remitted this matter to Onondaga County Court to make findings of fact and a determination whether defendant was present at the in-chambers *Sandoval* hearing (*People v Baxter,* 226 AD2d 1116). The testimony at the reconstruction hearing supports the court's determination that defendant was present at the hearing (*see, People v Terry,* 225 AD2d 1058, *lv denied* 88 NY2d 886).

The contention that trial counsel was ineffective in failing properly to move for dismissal of the indictment was not raised when the appeal was initially heard (*People v Baxter,* 216 AD2d

931), and it may not be raised for the first time following our remittal for a reconstruction hearing (*see, People v Cameron,* 209 AD2d 159, 160). (Resubmission of Appeal from Judgment of Onondaga County Court, Mulroy, J.—Rape, 1st Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.